IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| DANIEL SISK, Individually, and on behalf of all others similarly situated,<br> *Plaintiff*,<br><br>v.<br><br>BWS INSPECTION SERVICES, LLC,<br> *Defendant*. | §<br>§<br>§<br>§<br>§   No. PE:21-CV-00087<br>§<br>§<br>§ |

## FINAL ORDER OF DISMISSAL

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(1)(a) and the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 29) filed August 31, 2022.

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is so **ORDERED**.

SIGNED this 1st day of September, 2022.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE